WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Attorneys for Chapter 7 Trustee, Mark S. Tulis
3 Gannett Drive
White Plains, New York 10604-3407
Tel. 914-872-7104
Attn: David L. Tillem, Esq.
david.tillem@wilsonelser.com
Kristen D. Romano, Esq.
kristen.romano@wilsonelser.com
File No.: 07703.00021

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                :    Chapter 7
In re:                                                          :
                                                                :    Case No. 12-37991 (CGM)
MICHAEL D. BARNETT,                                             :
DENISE A. BARNETT,                                              :
                                                                :
                    Debtors.                                    :
---------------------------------------------------------------x

**STIPULATION FURTHER EXTENDING THE TRUSTEE'S OR
CREDITORS' TIME TO COMMENCE AN ACTION PURSUANT TO
SECTION 523 OR SECTION 727 OF THE BANKRUPTCY CODE**

WHEREAS, Michael D. Barrett and Denise A. Barrett, the debtors herein (the "Debtors") filed a voluntary petition for relief from their creditors pursuant to chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") on November 7, 2012 (the "Petition Date"); and

WHEREAS, Mark S. Tulis was appointed the interim trustee (the "Trustee") and thereafter did duly qualify as the permanent case Trustee; and

WHEREAS, the last date by which the Trustee or creditors may timely commence an action pursuant to Section 523 or Section 727 of the Bankruptcy Code to seek to deny the Debtor's discharge or the dischargeability of debts is May 10, 2013; and

WHEREAS, the Trustee and the Debtors have agreed to an extension of time for a period of sixty (60) days such that the last date by which the Trustee or creditors may timely commence an action pursuant to Section 523 or Section 727 of the Bankruptcy Code shall be July 10, 2013; it is hereby

**AGREED AND ORDERED THAT:**

The Trustee's and creditors' time to commence an action pursuant to Section 523 or Section 727 of the Bankruptcy Code, to seek to deny the Debtors' discharge or deny the dischargeability of a debt, is hereby extended to and including July 10, 2013, without prejudice to the parties agreeing to further extensions of time or for the Trustee or creditors to seek a further extension upon motion before the Court.

Dated:    April 19, 2013              /s/ Mark S. Tulis
         White Plains, New York       Mark S. Tulis, Trustee
                                      120 Bloomingdale Road, Suite 100
                                      White Plains, New York 10605
                                      (914) 422-3900

Dated:    April 19, 2013              /w/ Michael H. Schwartz
         White Plains, New York       Michael H. Schwartz
                                      Attorneys for Debtors
                                      One Water Street
                                      White Plains, New York 10601
                                      (914) 997-0071

**SO ORDERED**

**Dated: April 22, 2013**              /s/ Cecelia G. Morris
**Poughkeepsie, New York**             _____
                                       **Chief U.S. Bankruptcy Judge**