**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
In re:

                                                         **Chapter 7**

**MICHAEL D. BARNETT &**
**DENISE A. BARNETT,**                           **Case No. 12-37991 (CGM)**

                               **Debtors.**
-------------------------------------------------------------------------X

### NOTICE OF ADJOURNMENT OF 2004 EXAMINATION

      **NOTICE** is hereby given that the 2004 examination scheduled for May 14, 2013 at 10:00 a.m. at the office of Mark S. Tulis, the Chapter 7 Trustee, has been adjourned to May 30, 2013 at 10:00 a.m. The location remains the same.

Dated:  White Plains, New York
        May 8, 2013

                                              /s/ Mark S. Tulis
                                              Mark S. Tulis, Trustee
                                              120 Bloomingdale Road
                                              Suite 100
                                              White Plains, New York 10605
                                              (914) 422-3900